UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.:  20-cv-61550-RUIZ/STRAUSS

VASSEL VIRGO,

     Plaintiff,

vs.

CARNIVAL CORPORATION,

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned counsel and pursuant to the Court's Order Administratively Closing Case [ECF No. 25], file this Joint Stipulation of Dismissal with Prejudice.  The terms and conditions of the settlement in this matter are confidential.  Each Party shall bear its own costs and attorneys' fees. *See* attached proposed Order Granting Joint Stipulation of Dismissal.

Respectfully submitted,

| | |
|---|---|
| FENSTERSHEIB LAW GROUP, P.A. | MASE MEBANE, P.A. |
| Attorney for Plaintiff | *Attorneys for Defendant* |
| 520 West Hallandale Beach Blvd. | 2601 South Bayshore Drive, Suite 800 |
| Hallandale Beach, FL 33009 | Miami, Florida  33133 |
| Tel: (954) 456-2488 | Tel:  (305) 377-3770 |
| Fax: (954) 867-1844 | Fax:  (305) 377-0080 |
| | |
| By: */s/ Jason R. Manocchio* | By: */s/ William R. Seitz* |
| JASON R. MANOCCHIO | WILLIAM R. SEITZ |
| Florida Bar No. 92477 | Florida Bar No.  73928 |
| jason@fenstersheib.com | wseitz@maselaw.com |
| jm-pleasdings@fenstersheib.com | |

MASE MEBANE