UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61550-RAR

**VASSEL VIRGO**,

    Plaintiff,

v.

**CARNIVAL CORPORATION**,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation") [ECF No. 26]. The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The parties shall bear their own fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of April, 2021.

_____
**RODOLFO A. RUIZ II**
UNITED STATES DISTRICT JUDGE

cc:    counsel of record